UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RE: AMESSHA M JONES | ) | Case No. 10 B 10153 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: SUSAN PIERSON SONDERBY |

### ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS

Having heard the facts presented, the Court finds that the debtor has failed to make the payments required under the terms of the plan.

IT IS THEREFORE ORDERED that this case is dismissed pursuant to Section 1307(c)(4) for failure by the debtor to make timely payments as proposed by the plan pursuant to the Section 1326(a)(1).

ENTER: JUN 10 2010     JUDGE: _____

TOM VAUGHN
CHAPTER 13 TRUSTEE
200 S. MICHIGAN AVE #1300
CHICAGO ILLINOIS 60604-2402
(312) 294-5900